1   GLENN D. DASSOFF (SB# 096809)
    glenndassoff@paulhastings.com
2   RYAN M. FAWAZ (SB# 267815)
    ryanfawaz@paulhastings.com
3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    695 Town Center Drive
4   Seventeenth Floor
    Costa Mesa, CA 92626-1924
5   Telephone: (714) 668-6200
    Facsimile: (714) 979-1921
6
    ELIZABETH L. BRANN (SB# 222873)
7   elizabethbrann@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   4747 Executive Drive
    Twelfth Floor
9   San Diego, CA 92121
    Telephone: (858) 458-3000
10  Facsimile: (858) 458-3005

11  Attorneys for Plaintiff
    AKH COMPANY, INC.

12

13                  UNITED STATES DISTRICT COURT

14                  CENTRAL DISTRICT OF CALIFORNIA

15

16  AKH COMPANY, INC., a                CASE NO. SACV10-1626 CJC (JCX)
    California corporation,
17                                      **FIRST AMENDED COMPLAINT
                 Plaintiff,             FOR:**
18
         vs.                            **(1) BREACH OF CONTRACT**
19
    THE REINALT-THOMAS                  **(2) DECLARATORY RELIEF**
20  CORPORATION d/b/a DISCOUNT
    TIRE, a Michigan corporation;       **(3) UNFAIR COMPETITION**
21  SOUTHERN CALIFORNIA
    DISCOUNT TIRE COMPANY,              **(CAL. BUS. & PROF. CODE § 17200)**
22  INC., a California corporation; and
    DOES 1 through 10, inclusive,       **(4) TRADEMARK INFRINGEMENT
23                                       (15 U.S.C. § 1125(A))**
                 Defendants.
24                                      **(5) COMMON LAW TRADEMARK
                                        INFRINGEMENT**
25

26                                      **DEMAND FOR JURY TRIAL**

27

28

## SUMMARY OF THE ACTION

1.     This action arises out of the tortious and illegal conduct of defendants The Reinalt-Thomas Corporation ("Reinalt-Thomas") and Southern California Discount Tire Company, Inc. ("SCDT") in marketing and promoting their tire and wheel products in California under a name legally attributable to plaintiff AKH Company, Inc. ("AKH").

2.     Based upon its use of the names "Discount Tire Centers," "Discount Tire Distributors" and/or "Discount Tire Stores," AKH has a protected trademark in using said name to advertise, promote and sell tire and wheel products in California.

3.     Defendants know of AKH's use and rights to the name "Discount Tire."

4.     In or about 1990, AKH sued SCDT, a wholly owned subsidiary of Reinalt-Thomas, to protect AKH's rights to and use of the "Discount Tire" name.

5.     The parties settled that case by signing an agreement ("the Settlement Agreement"), whereby SCDT specifically agreed to not use the "Discount Tire" name in areas where AKH had previously operated its business and used the name. A true and correct copy of the Settlement Agreement is attached as Exhibit A and is incorporated herein by reference.

6.     At the time of settlement, AKH had operated Discount Tire Centers in California north of San Diego County (herein "AKH's business area").

7.     Nonetheless, the defendants are and have been advertising, promoting and operating under the "Discount Tire" name in AKH's business area in direct contravention of the Settlement Agreement and intellectual property law.

8.     By this Complaint, AKH seeks injunctive relief and monetary damages in an amount to be determined based on the defendants' illegal misappropriation of AKH's intellectual property and breach of the Settlement Agreement.

## PARTIES

9.    AKH is, and at all times herein mentioned was, a corporation organized under the laws of the state of California. AKH has maintained its principal place of business in Anaheim, California since January 2010 and previously maintained its principal place of business in Huntington Beach, California.

10.    On information and belief, Reinalt-Thomas is, and at all times mentioned herein was, a corporation organized under the laws of the state of Michigan, with its principal place of business in Scottsdale, Arizona. On information and belief, Reinalt-Thomas asserts it is the registered owner of the trademark "Discount Tire" and controls all marketing and advertising of the Discount Tire name, including for SCDT in the California marketplace. On information and belief, Reinalt-Thomas's subsidiaries, by virtue of a license, have the right to use the "Discount Tire" name.

11.    On information and belief, SCDT is, and at all times mentioned herein was, a corporation organized under the laws of the state of California, with its principal place of business in California.

12.    AKH is ignorant of the true names and capacities of the defendants sued as Does 1 through 10, inclusive. AKH sues these defendants by fictitious name and will amend this Complaint to allege the true names and capacities of the Doe defendants when they have been determined. Each fictitiously-named defendant is responsible in some manner for the conduct alleged in this Complaint, as well as the damages suffered by AKH. Reinalt-Thomas, SCDT and the Doe defendants shall be collectively referred to as Defendants.

13.    On information and belief, each and every Defendant in this action was the agent, employee, authorized representative, joint venturer and/or partner of each of the other Defendants, and in engaging in the conduct alleged in this

1    Complaint, did so jointly and for a common purpose, within the course and scope

2    of his or her agency, employment, representation, joint venture or partnership.

3    **JURISDICTION AND VENUE**

4        14.    This action arises under the federal Trademark Act of 1946, as

5    amended (the "Lanham Act"), 15 U.S.C. §§ 1051 *et seq.*, including more

6    particularly 15 U.S.C. § 1125(a) and the California statutory and common law of

7    unfair competition and trademark infringement.

8        15.    This court has jurisdiction over the subject matter of this action

9    pursuant to 28 U.S.C. §§ 1331, 1338 and 1367, and 15 U.S.C. § 1121.

10        16.    At all relevant times, Defendants were engaged in purposeful contact

11   within the state of California involving the events and omissions giving rise to this

12   action, such that exercise of personal jurisdiction over Defendants in the Central

13   District comports with fair play and substantial justice.

14        17.    Further, Defendants were also engaged in substantial, continuous and

15   systematic contact within the Central District such that the exercise of personal

16   jurisdiction over Defendants in the Central District comports with fair play and

17   substantial justice.

18        18.    The Settlement Agreement was negotiated and executed in the Los

19   Angeles area, which is in the Central District.

20        19.    Additionally, SCDT resided and/or maintained offices in this District,

21   and SCDT and Reinalt-Thomas transacted business in this District during the

22   relevant time period.

23        20.    The actions, damages and other facts forming the basis of AKH's

24   claims occurred throughout California, including within the Central District of

25   California.

26        21.    Venue is proper in the Central District of California pursuant to 28

27   U.S.C. § 1391 in that a substantial part of the events and omissions giving rise to

28   the claim occurred in this District.

## GENERAL ALLEGATIONS

### AKH's Business and Use of the "Discount Tire" Name

22.     AKH was founded in 1976 in Downey, California by two brothers, Hratch and Andy Andonian, and has been in continuous operation since that time.

23.     AKH operates tire stores under the "Discount Tire Centers" name in California north of San Diego County.

24.     AKH has spent millions of dollars advertising its "Discount Tire Centers" name throughout its business area over the past thirty four years.

25.     In addition to its physical store locations, AKH also sells its tire and wheel products to customers online through the domain name, discounttires.com.

### Prior Litigation Between AKH and Reinalt-Thomas

26.     On or about October 9, 1990, AKH caused a trademark infringement action to be filed in the Superior Court of California for the County of Riverside, Indio Branch, against SCDT, a subsidiary of Reinalt-Thomas, for trademark infringement in California.

27.     The dispute centered over SCDT's decision to open a new store in Cathedral City, California, where AKH was already using its "Discount Tire Centers" name.

28.     On or about July 22, 1991, the parties settled that case by entering into the Settlement Agreement.

29.     By the terms of the Settlement Agreement, SCDT agreed that it would not use the "Discount Tire" name in business areas where AKH already used its "Discount Tire Center," "Discount Tire Distributors" and/or "Discount Tire Stores" names.

30.     In those areas already occupied by AKH, SCDT agreed to use the trade name or service mark "America's Tire Co."

31.     At the time of settlement, AKH had such stores in California north of San Diego County.

32.     Pursuant to the terms of the Settlement Agreement, SCDT is prohibited from using the "Discount Tire" name in "advertising, promotional or public relations materials which are designed to attract new customers" in AKH's business area.

33.     Despite this Settlement Agreement, SCDT has resumed using the "Discount Tire" name in AKH's business area.  AKH has discovered eleven examples of such use:

    a.  AKH's personnel have seen billboards in the Los Angeles area advertising the "Discount Tire" name in addition to the "America's Tire" name.

    b.  Defendants are using the "Discount Tire" name on promotional and other materials, including the invoice jackets that they distribute to customers in the Los Angeles area.  A true and correct copy of an invoice jacket is attached as Exhibit B and is incorporated herein by reference.

    c.  Defendants have posted marketing material in their California stores that uses both "America's Tire" and "Discount Tire" logos.  A picture of the material is attached as Exhibit C and is incorporated herein by reference.

    d.  Defendants give their customers merchandise, including tire depth gauges, that have the "Discount Tire" logo.  A picture of such a tire depth gauge is attached as Exhibit D and is incorporated herein by reference.

    e.  Defendants have issued price quotations to their customers in California that include rebate offers for "Discount Tire Direct."  A true and correct copy of such a price quote is attached as Exhibit E and is incorporated herein by reference.

f.  Defendants advertise their alleged "America's Tire" stores as "Discount Tire" stores.  When a user of Defendants' website www.discounttire.com searches for stores in the Anaheim area, an area where AKH has long operated its Discount Tire Centers stores and an area covered by the Settlement Agreement, the picture of the store on the search result page states "Discount Tire Co."  A true and correct copy of one of those pages is attached as Exhibit F and is incorporated herein by reference.

g.  Defendants are placing advertisements for "Discount Tire" in programs at Los Angeles Lakers games.  A true and correct copy of such an advertisement is attached as Exhibit G and is incorporated herein by reference.

h.  Defendants are using the "Discount Tire" name on promotional and other materials, including the invoice jackets that they distribute to customers in the Orange County area.  A true and correct copy of an invoice jacket is attached as Exhibit H and is incorporated herein by reference.

i.  Defendants are using the "Discount Tire" name on promotional and other materials, including credit card fliers, that they distribute to customers in the Orange County area.  A true and correct copy of a credit card flier is attached as Exhibit I and is incorporated herein by reference.

j.  Defendants are using the "Discount Tire" name on the front door to their store locations in the Orange County area.  A picture of a front door is attached as Exhibit J and is incorporated herein by reference.

k.  Defendants are using the "Discount Tire" name on their business cards as the email address domain name for their employees in the Orange County area.

## FIRST CAUSE OF ACTION

### (Breach of Contract against SCDT and Does 1 to 10)

34.     AKH realleges and incorporates by reference the allegations contained in paragraphs 1 through 33, inclusive, as though fully set forth herein.

35.     AKH and SCDT entered into the Settlement Agreement, a valid and binding written contract whereby AKH and SCDT settled their prior disputes over the use of the "Discount Tire" name and each received rights and owed obligations commensurate with that contract.

36.     SCDT has breached the Settlement Agreement by, among other things, using the "Discount Tire" name in business areas in which AKH has used the trade name and/or service mark "Discount Tire Centers," "Discount Tire Distributors" and/or "Discount Tire Stores" prior to SCDT's entry into the market.

37.     AKH has performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the Settlement Agreement, except those terms and conditions the performance of which are excused by Defendants' breaches as alleged in this Complaint.

38.     As a direct and proximate result of Defendants' breaches of the Settlement Agreement alleged herein, AKH has suffered actual and incidental damages in an amount to be proved at trial plus interest at the maximum legal rate thereon.

## SECOND CAUSE OF ACTION

### (Declaratory Judgment against SCDT and Does 1 to 10)

39.     AKH realleges and incorporates by reference the allegations set forth in paragraphs 1 through 33, inclusive, as though fully set forth herein.

40.     There presently exists an actual controversy between AKH and SCDT as to whether SCDT has breached the Settlement Agreement by using the "Discount Tire" name in AKH's business area.

1    41.    AKH understands and believes that Defendants contend that SCDT

2    has complied with the Settlement Agreement, despite the eleven specific examples

3    illustrated above in paragraph 33.

4    42.    AKH, on the other hand, believes that pursuant to the Settlement

5    Agreement, it has the exclusive right to use the "Discount Tire" name as it

6    currently uses it to promote and sell AKH's tire and wheel products in its

7    California store locations.

8    43.    AKH further believes that SCDT has breached the Settlement

9    Agreement and will continue doing so in perpetuity, by among other things

10    engaging in the types of prohibited activities illustrated above in paragraph 33.

11    44.    A judicial declaration is necessary and appropriate at this time under

12    the circumstances in order that the parties may ascertain their rights and duties

13    under the Settlement Agreement.

14    45.    Accordingly, AKH requests and is entitled to a judicial determination

15    of its right and duties and those of SCDT with respect to these issues.  Such a

16    declaration is necessary and appropriate at this time due to the parties' continuing

17    contractual disputes and their need for guidance as to their respective rights and

18    obligations under the Settlement Agreement.

19    **THIRD CAUSE OF ACTION**

20    **(Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.***
**against all Defendants)**

21

22    46.    AKH realleges and incorporates by reference the allegations set forth

23    in paragraphs 1 through 33, inclusive, as though fully set forth herein.

24    47.    As set forth fully above, Defendants have violated and continue to

25    violate Section 17200 *et seq.* of the California Business and Professions Code (the

26    "Unfair Practices Act").  The Unfair Practices Act provides that unfair competition

27    shall mean and include any "unlawful, unfair or fraudulent act or practice."

28

48.   Defendants, by their conduct referenced above, have engaged in unlawful conduct which constitutes unfair competition.  These practices include, but are not limited to, using the "Discount Tire" name in business areas in which AKH has used the trade name and/or service mark "Discount Tire Centers," "Discount Tire Distributors" and/or "Discount Tire Stores"; and using the Discount Tire name in advertising, promotional or public relations materials which are designed to attract new customers.

49.   By virtue of these acts and omissions, Defendants have engaged in unfair competition within the meaning of California Business and Professions Code Section 17200 *et seq.*, thereby entitling AKH to injunctive and restitutionary relief as provided by the California Business and Professions Code Section 17203.

50.   The wrongful misappropriation and use of AKH's "Discount Tire" name, reputation and brand by Defendants, unless enjoined by this Court, will cause immediate and irreparable harm to AKH.  Defendants will continue to be able to use AKH's name to unfairly compete with AKH and will be able to confuse, mislead and deceive AKH's customers into believing that they are buying their tire and wheel products from AKH, when in fact they are buying such products from Defendants.

51.   Defendants' misappropriation and deception have caused and will continue to cause AKH's customers and potential customers to purchase goods and services from Defendants rather than AKH.

52.   AKH is informed and believes, and on that basis alleges, that Defendants are continuing to advertise to, promote their products and solicit customers under the "Discount Tire" name with the intent that AKH's customers will terminate their association with AKH or never form such an association to begin with, thereby causing damage to AKH.  But for the wrongful acts of Defendants, Defendants would not have the opportunity to so compete.

1    53.    AKH has no adequate remedy at law to compel Defendants to cease

2    their wrongful acts as alleged herein.  Unless the Court grants an injunction, AKH

3    will be compelled to prosecute a multiplicity of actions, one each time Defendants

4    unfairly compete by wrongfully misleading, deceiving, soliciting, diverting or

5    otherwise interfering with AKH's customers or AKH's goodwill and advantageous

6    business relationships in AKH's business area.  AKH's damages are irreparable

7    because it would be extremely difficult to ascertain the amount of compensation

8    which will afford AKH adequate relief if Defendants are not enjoined at this time.

9    **FOURTH CAUSE OF ACTION**

10    **(Trademark Infringement against all Defendants under 15 U.S.C. § 1125(a))**

11    54.    AKH realleges and incorporates by reference the allegations set forth

12    in paragraphs 1 through 33, inclusive, as though fully set forth herein.

13    55.    As set forth fully above, Defendants have violated and continue to

14    violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that they have

15    "use[d] in commerce any word, term, name, symbol, or device, or any combination

16    thereof … which—(A) is likely to cause confusion, or to cause mistake, or to

17    deceive as to the affiliation, connection, or association of such person with another

18    person, or as to the origin, sponsorship, or approval of his or her goods, services, or

19    commercial activities by another person."

20    56.    The "Discount Tire" name is a valid, legally protected trademark and

21    at all times relevant hereto, AKH has owned and used that trademark in its

22    business areas.

23    57.    Defendants have misappropriated and used AKH's trademark without

24    AKH's consent, in commerce, including but not limited to, by using the "Discount

25    Tire" name as described in paragraph 33 above.

26    58.    AKH is informed and believes, and on that basis alleges, that

27    Defendants intended to misappropriate AKH's protected mark.  Defendants have,

28    at all relevant times, known that AKH's trademarks, including the "Discount Tire"

name, were valid, legally protected trademarks owned by AKH.  SCDT was aware of this, in part, because it entered into the Settlement Agreement.  Other Defendants were aware of this, in part, because the person who executed the Settlement Agreement on SCDT's behalf, Bruce Halle, is also an officer for said Defendants.

59.    Defendants have nonetheless knowingly and willfully used those trademarks in interstate commerce to promote Defendants' tire and wheel products, deprive AKH of customers and profits, create confusion among consumers and dilute AKH's brand, reputation and goodwill.

60.    Defendants' efforts to deprive AKH of customers and profits, create confusion among consumers, and dilute AKH's brand reputation and goodwill have been successful.  These efforts by Defendants have caused and continue to cause significant monetary and nonmonetary damages to AKH.

61.    Defendants' wrongful conduct in misappropriating AKH's trademarks, unless and until enjoined and restrained by order of this Court, will cause great and irreparable injury to AKH's business.

62.    AKH has no adequate remedy at law for the injuries currently being suffered and which are threatened in that Defendants will continue to misappropriate and use the trademarks and render any judgment ineffectual.  AKH also has no adequate remedy at law because pecuniary compensation will not afford adequate relief to AKH and because it will be extremely difficult to ascertain the amount of compensation that would afford such relief.  Therefore, AKH is entitled to injunctive relief as provided by 15 U.S.C. § 1116(a).

### FIFTH CAUSE OF ACTION

### (Common Law Trademark Infringement against all Defendants)

63.    AKH realleges and incorporates by reference the allegations set forth in paragraphs 1 through 33, inclusive, as though fully set forth herein.

1    64.    As set forth fully above, Defendants have been, and are, engaged in

2    infringing conduct in violation of AKH's common law rights in the "Discount

3    Tire" mark.

4    65.    Defendants' acts complained of herein have damaged and will

5    continue to damage AKH irreparably. AKH has no adequate remedy at law for

6    these wrongs and injuries. The damages to AKH include harm to its goodwill and

7    reputation in the marketplace that money cannot compensate.

8    66.    AKH is, therefore, entitled to a preliminary and permanent injunction

9    restraining and enjoining Defendants and their agents, servants, and employees,

10    and all persons acting thereunder, in concert with, or on behalf of, from using the

11    "Discount Tire" mark, or any colorable imitation or variation thereof, in

12    connection with the promotion, advertising, and sale of goods or services in

13    AKH's business area.

14    67.    AKH seeks compensatory damages in the amount that will

15    compensate it for all detriment caused by Defendants.

16    68.    As an actual and proximate result of Defendants' actions, AKH has

17    suffered damages in the form of lost profits. AKH is further entitled to recover its

18    damages, an accounting for profits made by Defendants on sales in AKH's

19    business areas, and restitution and the disgorgement of Defendants' ill-gotten

20    gains, as well as recovery of costs of this action.

21    69.    AKH is informed and believes and thereon alleges, in doing the things

22    herein alleged, Defendants' unlawful actions were in bad faith, in conscious

23    disregard of AKH's rights and performed with the intention of depriving AKH of

24    its rights. Accordingly, Defendants' conduct merits, and AKH seeks, an award of

25    punitive damages in an amount sufficient to punish Defendants and deter such

26    conduct in the future.

27                                **PRAYER FOR RELIEF**

28    WHEREFORE, AKH prays for judgment as follows:

1.    For an award of damages according to proof at trial;

2.    For interest at the maximum legal rate thereon;

3.    For a declaration that Defendants are not entitled to use the "Discount Tire" name in AKH's business area.

4.    For restitution and disgorgement of the amounts by which Defendants benefitted, directly or indirectly, from the acts alleged herein according to proof, including but not limited to Defendants' revenue;

5.    For the issuance of a permanent injunction enjoining Defendants, their agents and representatives, and all persons in concert or participating with them from using or infringing any of AKH's trademarks, including but not limited to the "Discount Tire" name in AKH's business area.

6.    For punitive damages in an amount sufficient to punish Defendants and to deter others;

7.    For reasonable attorneys' fees according to proof;

8.    For costs of suit incurred herein; and

9.    For such other and further relief as the Court may deem proper and just.

DATED: December 13, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP
GLENN D. DASSOFF
ELIZABETH L. BRANN
RYAN M. FAWAZ

By:/s/  Glenn D. Dassoff
        GLENN D. DASSOFF

Attorneys for Plaintiff
AKH Company, Inc.

1

## DEMAND FOR JURY TRIAL

2

3        Plaintiff AKH Company, Inc., a California corporation, hereby requests a

4   jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

5

6   DATED: December 13,        PAUL, HASTINGS, JANOFSKY & WALKER LLP
7   2010                       GLENN D. DASSOFF
                               ELIZABETH L. BRANN
8                              RYAN M. FAWAZ

9
                               By:/s/  Glenn D. Dassoff
10                                       GLENN D. DASSOFF

11                             Attorneys for Plaintiff
12                             AKH Company, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

## SETTLEMENT AGREEMENT

This Agreement is made and entered into this ___ day of
_____, 1991 by and between AKH COMPANY, INC. and DISCOUNT
TIRE COMPANY, INC., California corporations, doing business as
Discount Tire Centers, Discount Tire Distributors, Discount Tire
Stores, and Evans Tires, (the Plaintiffs hereinafter referred to as
AKH); and Southern California Discount Tire Company, Inc., a
California corporation, (the Defendants/Cross-Complainants
hereinafter S.C.D.T.).

### Recitals

A.    The AKH parties are California corporations that have
operated wholesale and retail tire distribution outlets and
automotive service centers in portions of California, Arizona,
Oregon and Washington under the names "Discount Tire Centers",
"Discount Tire Distributors", "Discount Tire Stores" and "Evans
Tire Stores".

B.    S.C.D.T. is a California corporation, which is a wholly
owned subsidiary of the Reinalt-Thomas Corporation which is engaged
in the retail sales of automobile and truck tires in some seventeen
states across the United States including, but not limited to, the
states of California, Nevada, Arizona, New Mexico, Utah, Oregon,
and Washington under the trade name and service mark "Discount Tire
Co., Inc.

C.    On or about the 9th day of October, 1990, AKH caused a
trademark infringement action to be filed in the Superior Court of
California for the County of Riverside, Indio Branch, against

S.C.D.T. alleging state trademark infringement, unfair competition and trademark dilution concerning advertising for a future site S.C.D.T. intended to open in Cathedral City, California.

D.   On or about November 26, 1990, S.C.D.T. filed a cross claim for declaratory relief and cancellation of the AKH state trademark registration as well as damages.

E.   The parties have determined that it is in their best interest to resolve their differences through the settlement of this matter and hereby agree to a resolution of the above-entitled action as follows:

## I.

S.C.D.T. has adopted in Riverside County, California the trade name and service mark "America's Tire Co.".

## II.

S.C.D.T. agrees that in all business areas in which AKH has used the trade name, service mark "Discount Tire Centers", "Discount Tire Distributors", and/or "Discount Tire Stores" prior to S.C.D.T.'s entry into the market, S.C.D.T. will use the trade name/service mark "America's Tire Co.".

## III.

In such instances, upon all sales receipts, customer invoices, warranty cards, or warranty contacts, S.C.D.T. may, however, use the corporate identification phrase "A Division of the Discount Tire Co. Organization" provided that (1) the phrase is not used in the immediate proximity of the trade name/service mark "America's Tire Co."; and (2) provided that the phrase shall appear

2

in letters not to exceed 25% of the size of the trade name or
service mark "America's Tire Co." contained on the document.

### IV.

AKH agrees that in all areas where the S.C.D.T., its
parent Reinalt-Thomas Corp., and any subsidiary or affiliated
company, have used the trade name/service mark "Discount Tire Co."
prior to AKH's entry into the market, they will use the name "Evans
Tire" or such other name as AKH may herein adopt provided that such
trade name or service mark does not contain the words "Discount,
Tire or America's" and is not substantially similar to S.C.D.T.'s
marks "Discount Tire Co." and/or "America's Tire Co." and is not
likely to be confused with the S.C.D.T. and Reinalt-Thomas marks.

### V.

On all sales receipts, customer invoices, warranty cards,
or warranty contacts, AKH may use the corporate identification
phrase "A member of the Discount Tire Centers Company" provided
that (1) the phrase is not used in the immediate proximity of their
trade name/service mark; and (2) provided that it shall appear in
letters not to exceed 25% of the size of the largest letters
contained on the document indicating that it is provided by AKH.

### VI.

The parties agree that their use of their corporate
identification phrases in areas in which the other party has
previously established a common law use of the name "Discount Tire"
or which is covered by a federal registration will be restricted to
use on sales receipts, warranty cards, warranty contracts, and

3

other materials provided directly to customers who have purchased their products and shall not be used in advertising, promotional, or public relations materials which are designed to attract new customers.

### VII.

The parties further agree that upon the execution of this Agreement the parties will enter into a stipulation dismissing and discharging the Complaint and Cross-Complaint, in Case No. 62482 filed in Superior Court of the State of California, County of Riverside, Indio Branch, and exonerating the bond posted by AKH. However, the parties acknowledge and agree that the Court shall retain jurisdiction over the parties, and shall be empowered and authorized by the parties to enforce the terms of this Settlement Agreement.

### VIII.

Each party hereby releases, waives, discharges and forgives any claim, known or unknown, which they may have against the other, arising out of the facts or circumstances that form the basis of this action and hereby, forever, quit, discharge, forgive, and release, any claim, right, privilege, or indebtedness which they many have against the other.

### IX.

Each party to this action shall bear its own costs and attorneys fees.

4

## X.

For purpose of construction, neither party shall be deemed to be the drafting party.

## XI.

In any action or controversy between the parties arising from the subject matter of this Agreement, the prevailing party shall be entitled to its reasonable attorneys fees.

## XII.

All notices, waivers, requests, demands and other communications which are required or may be given under this Agreement shall be in writing and shall be deemed to have been given if delivered personally or sent by certified mail, return receipt requested, postage pre-paid, and addressed as follows:

AKH:              Leon Alexander, Esq.
                  AKH COMPANY, INC.
                  222 South Harbor Boulevard
                  10th Floor
                  Anaheim, California 92805

S.C.D.T.:         Mark G. Tratos, Esq.
                  QUIRK, TRATOS & ROETHEL
                  550 East Charleston Boulevard
                  Suite D
                  Las Vegas, Nevada 89104

## XIII.

This Agreement shall not be amended or altered except in writing executed by both parties.

## XIV.

If any provisions of this Agreement shall be construed to be illegal or invalid, it shall not affect the legality or validity of any of the other provision hereof and the illegal or invalid

5

provision shall be stricken and deleted here from but the other
provisions hereof shall remain in full force and effect.

XV.

The terms, covenants, promises, and provisions of this
Agreement shall inure to the benefit of the parties, their
successors, heirs, beneficiaries, assigns, and other legal
representatives.

AKH PARTIES                          S.C.D.T. PARTIES

BY:  _____               BY:  _____

DATED: _____               DATED: __22, 1991__

BY: _____                BY: _____
LEON ALEXANDER, Attorney for         MARK G. TRATOS, Attorney for
Plaintiffs/Cross-Defendants          Defendants/Cross-Complainants
AKH                                  S.C.D.T.

DATED: _____               DATED: _____

6

EXHIBIT A   PAGE 19

# Exhibit B

# DISCOUNT TIRE

# AMERICA'S TIRE

tires.com

## THANK YOU!
### WE APPRECIATE YOUR BUSINESS!



## SERVICE YOU CAN TRUST
www.dtcexperience.com



## FINANCING AVAILABLE
### ON APPROVED CREDIT
*See store for details*

STORE# _____

SALESMAN _____

PHONE# _____

ᴄ `7/08

## YOUR LOCAL STORES

**BAKERSFIELD**
8780 ROSEDALE HWY.......... 661-587-9770
6561 WHITE LANE STE A..... 661-832-0000
4940 GOSFORD RD.............. 661-665-7904

**CAMARILLO**
323 CARMEN DR............... 805-484-3336

**CANOGA PARK**
6515 TOPANGA CANYON BLVD.. 818-999-5303

**CHINO**
11925 CENTRAL AVE........... 909-591-4501

**CHINO HILLS**
13141 PEYTON DR.............. 909-548-6707

**CITY OF INDUSTRY**
1562 S AZUSA AVE............. 626-934-9924

**COLTON**
2099 E WASHINGTON ST... 909-430-0310

**GLENDALE**
1327 S GLENDALE AVE......... 818-507-6049

**GLENDORA**
705 S GRAND AVE............. 626-335-2883

**HESPERIA**
15790 MAIN ST................ 760-244-8881

**LANCASTER**
44616 VALLEY CENTRAL WAY..661-940-0042

**MONTCLAIR**
8995 CENTRAL AVE........... 909-621-7847

**NORCO**
1443 HAMNER AVE............. 951-272-9980

**NORTH HOLLYWOOD**
6137 LANKERSHIM BLVD...... 818-760-7716

**NORTHRIDGE**
10235 BALBOA BLVD........... 818-831-5802

**ONTARIO**
4583 MILLS CIRCLE DR ...... 909-484-0361

**OXNARD**
2320 N VINEYARD .............. 805-983-4506

**PASADENA**
1917 E COLORADO BLVD ..... 626-584-6770

**RIVERSIDE**
10350 MAGNOLIA AVE......... 951-785-6556
3553 MERRILL AVE............. 951-683-0570

**SANTA CLARITA**
26475 BOUQUET CANYON RD.. 661-263-1091

**SANTA MARIA**
1226 S BROADWAY......... COMING SOON!

**SIMI VALLEY**
2383 FIRST ST................. 805-579-7921

**THOUSAND OAKS**
399 E THOUSAND OAKS BLVD .. 805-418-9915

**UPLAND**
1099 E FOOTHILL BLVD........ 909-946-4004

**VENTURA**
4640 TELEPHONE RD .......... 805-639-0166

**VICTORVILLE**
12287 MARIPOSA RD........... 760-241-3323
15669 ROY ROGERS DR ..... 760-955-1570

**WHITTIER**
8831 PAINTER AVE............. 562-698-0702

## REGIONAL OFFICES

**ARIZONA**
DISCOUNT TIRE
(602) 996-0201
5310 E Shea Blvd
Scottsdale, AZ 85254

**CALIFORNIA—SAN DIEGO**
DISCOUNT/AMERICA'S TIRE
(858) 578-9310
10680 Treena St #170
San Diego, CA 92131

**CALIFORNIA—LOS ANGELES**
AMERICA'S TIRE
(805) 373-5509
125 Auburn Court, Suite 110
Westlake Village, CA 91362

**CALIFORNIA—BAY AREA**
AMERICA'S TIRE
(916) 985-7466
1150 Iron Point Rd #195
Folsom, CA 95630

**CALIFORNIA—ORANGE COUNTY**
AMERICA'S TIRE
(949) 699-0350
2 Rancho Circle
Lake Forest, CA 92630

**COLORADO**
DISCOUNT TIRE
(303) 773-8084
8000 S Chester St
Suite 250
Centennial, CO 80112

**FLORIDA**
DISCOUNT TIRE
(904) 642-4808
5011 Gate Parkway
Bldg. 100, Suite 100
Jacksonville, FL 32256

**GEORGIA**
DISCOUNT TIRE
(678) 297-7778
12725 Morris Rd #280
Alpharetta, GA 30004

**ILLINOIS**
DISCOUNT TIRE
(630) 778-7171
55 Shuman Blvd #575
Naperville, IL 60563

**INDIANA/OHIO**
DISCOUNT TIRE
(317) 575-1819
12600 N Meridian St #125
Carmel, IN 46032

**MICHIGAN EAST**
DISCOUNT TIRE
(734) 769-6870
3940 Ranchero Dr #100
Ann Arbor, MI 48108

**MICHIGAN WEST**
DISCOUNT TIRE
(517) 655-6444
2896 N Williamston Rd #400
Williamston, MI 48895

**MINNESOTA**
DISCOUNT TIRE
(952) 934-9000
8000 W 78th St #110
Edina, MN 55439

**NEW MEXICO/WEST TEXAS**
DISCOUNT TIRE
(505) 797-7100
8100 Lang Ave NE # 301
Albuquerque, NM 87109

**NEVADA**
DISCOUNT TIRE
(702) 256-0055
8951 W Sahara Ave #100
Las Vegas, NV 89117

**NORTH/SOUTH CAROLINA**
DISCOUNT TIRE
(704) 549-1711
10815 David Taylor Dr #140
Charlotte, NC 28262

**TENNESSEE**
DISCOUNT TIRE
(615) 771-0828
277 Mallory Station Rd., #118
Franklin, TN 37067

**TEXAS—DALLAS/OKLAHOMA**
DISCOUNT TIRE
(972) 943-8800
2201 W Plano Pkwy #202
Plano, TX 75075

**TEXAS—HOUSTON**
DISCOUNT TIRE
(281) 583-8591
14580 Torrey Chase Blvd #600
Houston, TX 77014

**TEXAS—SAN ANTONIO**
DISCOUNT TIRE
(210) 494-8591
300 E. Sonterra Blvd, Ste 460
San Antonio, TX 78258

**UTAH**
DISCOUNT TIRE
(801) 269-0348
1100 E 6600 S, Suite 320
Salt Lake City, UT 84121

**WASHINGTON/OREGON**
DISCOUNT/AMERICA'S TIRE
(425) 424-2010
11812 N Creek Parkway N, #101
Bothell, WA 98011

If you ever need our help, PLEASE CALL COLLECT to the nearest
regional location OR CALL OUR TOLL FREE NUMBER 1-888-774-6560

# TIPS TO IMPROVE TIRE MILEAGE AND SAFETY



**ROTATE TIRES** every 6,000 to 8,000 miles or when necessary to equalize treadwear.

**REBALANCE** every other rotation to promote even tire wear and a smooth ride.

**MAINTAIN AIR PRESSURE** as recommended on your vehicle placard (usually inside door jam). Check your air pressure at least once each month when tires are cool.

**MAINTAIN FRONT & REAR ALIGNMENT** and replace worn suspension parts.

**PLEASE DO NOT USE** any "Fix-a-Flat" type products.

**INSPECT** tires regularly for excessive wear, tread or sidewall cuts, or other damage.

**REPLACE** worn-out tires when built-in wear bars appear across the tread surface.

**REMEMBER TO RETURN** to any Discount Tire/America's Tire store for a tire inspection.






**ROTATE TIRES** every 6,000 to 8,000 miles or when necessary to equalize treadwear.

**REPLACE** worn-out tires when built-in wear bars appear across the tread surface.

## HOME PAGE
Your portal to the best online tire and wheel site on the web.
tires.com




## STORE LOCATOR
We have over 700 stores across the country so it's easy to find a store near you.
tires.com




# TPMS
*Tire Pressure Monitoring System*

If you own a late-model vehicle, it could be equipped with TPMS. The TPMS sensors in your vehicle's tires are designed to monitor air pressure and alert you if they are significantly low. However, monthly air checks are still recommended.

Over time, TPMS components can degrade, causing inaccurate sensor operation. TPMS sensor manufacturers recommend replacing wearable components each time a tire is serviced.

*We can professionally service your TPMS. Ask any associate for details!*







## DISCOUNT TIRE · AMERICA'S TIRE
tires.com

**OVER 700 GREAT LOCATIONS THROUGHOUT 21 STATES!**



# Exhibit C



EXHIBIT C PAGE 22

**Exhibit D**



EXHIBIT D  PAGE 23

# Exhibit E

04-18-2009  10:57 AM                AMERICA'S TIRE PRICE QUOTE                          PAGE    1

                                                                               QUOTE #   22346

          CUSTOMER INFORMATION            VEHICLE INFORMATION          STORE LOCATION
-----------------------------------------------------------------------------------------------
RICK       HELTON                       1994 TOYOTA                  CAN 25
12805 BOYSCOUT CAMP RD                  4 RUNNER                     925 CLOVIS AVE
                                        BASE      BASE               CLOVIS       CA 93612
MC KITTRICK              CA 93251                                    PHONE: 559-298-3051
661-245-1074                            PLATE # UNKNOWN
                                        MILEAGE: UNKNOWN             310 ZACHARY W ROBERTS
                                        TORQUE SPECS: 075

 CODE  CC    QTY      SIZE                   DESCRIPTION          F.E.T.    PRICE      AMOUNT
-----------------------------------------------------------------------------------------------
25335  NRM     4 31X10.50R-15/C1 109S  BRDGSTN DUELR AT 694 REVO    .00    188.00     752.00
  WARRANTY:                   WORKMANSHIP/MATERIALS-LIFETIME   ROAD HAZARD-LIFETIME
  COMMENT:   BOLT PATTERN: 6-139.7
  COMMENT:   INFLATION F:35 R:35
80017  NRM     4 CERTIFICATES        FOR FREE REPLACEMENT           .00     23.00      92.00
80075  NRM     4 STATE REQUIRED      ENVIRONMENTAL FEE              .00      1.75       7.00
80224  NRM     4 WASTE TIRE DISPOSAL FEE                           .00      1.00       4.00
80219  NRM     4 INSTALLATION &      LIFETIME SPIN BALANCING        .00     15.00      60.00
80402  NRM     4 VALVES, ROTATIONS & LIFETIME REPAIRS INCLUDED      .00       .00        .00


                                                                       TAX:      67.85
                                                                       TOTAL:    982.85


FREE CUSTOMER FLAT REPAIR AND ROTATION
This quote is good for 30 days
THANK YOU FOR SHOPPING AMERICA'S TIRE CO       _____
                                                       (Salesman's Signature)


EXHIBIT E  PAGE 24

# MICHELIN/BFG APRIL 2009 PROMOTION REBATE FORM





## $70 MAIL-IN REBATE

### ON THE PURCHASE OF ANY SET OF 4 MICHELIN OR BFG (NOT INCLUDING PRECEPT) TIRES.

OFFER VALID FROM 4/12/09 TO 4/26/09

---

### DTD Michelin/BFG Offer #21488

Receive a $70 mail-in rebate when you purchase a set of four (4) Michelin or BFG (not including Precept) tires bought at Discount Tire Direct from April 12th through April 26th, 2009.

You may submit your rebate by faxing to 480-668-9402 or mailing ALL of the following REQUIRED items:

1. This redemption form completely filled out, including the survey
2. Your ORIGINAL or ISSUED REPRINT dated sales receipt from the qualifying purchase

> Mail all of these items to:
> DTD Mich/BFG Offer #21488
> P.O. Box 1430
> Mesa, AZ 85211-1430

**THIS FORM MUST BE POST MARKED NO LATER THAN 05/26/09**

- Purchase must be made at Discount Tire Direct
- Allow 4–5 weeks for delivery
- Valid in USA ONLY
- Not valid with any other offer

Name: _____

Address: _____

City: _____

State: _____ ZIP: _____

Phone Number: _____

E-mail Address: _____

---

## Survey
### (required)

We greatly appreciate you taking the time to answer these questions. This information will help us shape future promotions and the way we provide tire service to you.

1. Did you purchase because of the promotional offer?
   ☐ Yes   ☐ No

2. Are you a first-time customer with us?
   ☐ Yes   ☐ No

3. Please check all the items our promotional offer prompted you to do:
   ☐ Yes   ☐ No   Upgrade your purchase to a better quality tire
   ☐ Yes   ☐ No   Buy a set of four tires rather than one or two
   ☐ Yes   ☐ No   Buy a set of tires somewhat sooner

4. How did you first hear about this Promotion? (Please check one)
   ☐ Newspaper   Ad___   Post-It___
   ☐ Called sales associate
   ☐ Referred by friends or family
   ☐ Magazines
   ☐ Internet
      Banner Ad___   Search Engine___   discounttiredirect.com___
   ☐ Mail:
      Postcard___   Valpak___   ShopWise___   Other___

WE SUGGEST YOU MAKE A COPY OF ALL MATERIALS SUBMITTED FOR YOUR RECORDS.

To redeem your rebate, please do ONE of the following:

Fax the required items to: **480-668-9402**.

Mail the required items to: DTD Mich/BFG Offer #21461
P.O. Box 1430
Mesa, AZ 85211-1430

To redeem your rebate online or for questions on your rebate status, please visit: www.dtc.rebatepromotions.com

For questions about your rebate call toll-free at (866) 892-8078. After submitting required materials, please allow 3 weeks before checking the status of your redemption.

Void where taxed, prohibited, or restricted by law. Discount Tire Direct is not responsible for late or misdirected mail. Fraudulent submission of multiple requests could result in Federal prosecution under the U.S. Mail Fraud Statutes (18 USC, Section 1341 and 1342)

---

## DISCOUNT TIRE DIRECT

**Exhibit F**

10/8/2010                    Discount Tire/America's Tire Stores Se...



Home   Tires   Wheels   Store Locator   Easy Credit   Info Center   How to Buy   View Cart

**Area Selected**   92801, which is in or near Anaheim, CA      (Select New Area)

**Search Results**



**New Search**

Enter your location here...

Find Stores

**Search by:**
- full street address
- city and/or state
- ZIP or area code



10 mi

| Address/Phone | Hours | Miles |
|---|---|---|
| **America's Tire (CAS-23)**<br>1321 S Euclid St<br>Fullerton, CA 92832<br>(714) 680-9510<br>Send info to cell phone | M-F 8:00-6:00<br>Sat 8:00-5:00 | 1 Miles NE<br>Map & Directions<br>Make Appointment |
| **America's Tire (CAS-24)**<br>10101 Chapman Avenue<br>Garden Grove, CA 92840<br>(714) 534-7220<br>Send info to cell phone | M-F 8:00-6:00<br>Sat 8:00-5:00 | 4 Miles S<br>Map & Directions<br>Make Appointment |
| **America's Tire (CAS-26)**<br>6872 Westminster Blvd<br>Westminster, CA 92683<br>(714) 894-1391<br>Send info to cell phone | M-F 8:00-6:00<br>Sat 8:00-5:00 | 7 Miles SW<br>Map & Directions<br>Make Appointment |
| **America's Tire (CAO-04)**<br>16142 Harbor Boulevard<br>Fountain Valley, CA 92708<br>(714) 775-2683<br>Send info to cell phone | M-F 8:00-6:00<br>Sat 8:00-5:00 | 8 Miles S<br>Map & Directions<br>Make Appointment |

10/8/2010                         Discount Tire/America's Tire Stores Se...

**America's Tire (CAL-16)**          M-F 8:00-6:00          8 Miles W
18702 Pioneer Blvd                   Sat 8:00-5:00          Map & Directions
Artesia, CA 90701
(562) 865-9573
**Send info to cell phone**

View  5 per page                                          Page: 1 | 2 | 3

                                        Locator service by Know-Where Systems

Home | Tires | Make an Appointment | Wheels & Rims | Store Hours/Locator | Rebate Forms
Info Center | About Us | Careers | eMail Specials | Customer Survey | Site Map | Contact Us

                    ©2009 The Reinalt-Thomas Corporation

**Exhibit G**



**LOS ANGELES LAKERS**

# COACHING STAFF

**PHIL JACKSON**

Now entering his eighth season as Head Coach of the Los Angeles Lakers after one year away from the team (2004-05), Phil Jackson's results since coming west have been nothing short of amazing. In his first three seasons, Jackson led the Lakers to three consecutive NBA Championships (2000-02) for the first time in franchise history. First with the Chicago Bulls (1991-1993 and 1996-98) and then with Los Angeles (2000-2002), Jackson has been at the helm of nine of the last 16 NBA Champions. Following the Lakers four-game sweep of the New Jersey Nets in the 2002 NBA Finals, Jackson became the first person in NBA history to lead a team to three consecutive championships three different times.

The newest member of the Naismith Basketball Hall of Fame, Jackson has led the Lakers to victories in 65 percent of the team's contests and has compiled a 374-200 regular season record. In 16 seasons as an NBA head coach, Jackson has posted a mark of 919-393 (.700) which is the best winning percentage of any coach in NBA annals. The fastest coach to 900

career victories, his total of 919 regular season wins ranks him 9th all-time. During the 1999-2000 campaign, his first in Los Angeles, Jackson led the Lakers to a 67-15 record which represents the second-best mark in franchise history.

His postseason resume is even more impressive. Jackson has led the Lakers to a 68-36 mark in the playoffs including the team's 15-1 (.938) run during the 2001 NBA playoffs, which is the highest winning percentage for any club in a single postseason. With a career postseason record of 179-77, Jackson has the highest playoff winning percentage of any coach in NBA history while his 179 wins are the highest postseason victory total for any head coach. His nine NBA Championships as a head coach tie him for the all-time mark with Boston's Red Auerbach. Over a span of postseason series dating from 1996 up until 2003, Jackson led his teams (Bulls and Lakers) to victory in 25 consecutive series, another NBA record.

During the 1995-96 season, Jackson led the Bulls to the NBA's best-ever regular season record at 72-10. One year later, he was at it again, leading Chicago to the second-best-ever NBA regular season mark at 69-13, tying the 1971-72 Lakers. Jackson garnered 1996 NBA Coach of the Year honors and on December 7, 1996, was named one of the 10 greatest head coaches in NBA history.

Returning to the Lakers on June 14, 2005, Jackson originally joined the franchise as the 15th head coach in the Los Angeles era on June 16, 1999 after a one-year sabbatical which followed 12 incredibly successful seasons with the Chicago Bulls, the last nine (1990-1998) coming as Chicago's head coach. In his nine years as the head coach of the Bulls, Jackson led Chicago to champi-

onships in 1991, 1992, 1993, 1996, 1997 and 1998 and compiled a regular-season record of 545-193. He reached 200 career victories faster than any coach in NBA history, accomplishing the feat after only 270 games.

Jackson's storied basketball career began as a player at the University of North Dakota where he was a two-time All-American under head coach Bill Fitch. Drafted by the New York Knicks in the second round of the 1967 NBA Draft (17th overall pick), he played 12 seasons in the NBA, missing the 1969-70 season due to injury. A key member of New York's 1973 NBA Championship team, Jackson is one of nine men to win an NBA Championship as both a player and head coach. On June 8, 1978, Jackson was traded to the New Jersey Nets where he would play his final two NBA seasons. Jackson concluded his NBA career averaging 6.7 points and 4.3 rebounds in 807 regular season games. While with the Nets, he served as a player/assistant coach for both the 1978-79 and 1979-80 seasons and joined the bench full-time for the 1980-81 campaign. During the 1981-82 season, Jackson also served as a Nets television analyst.

Returning to coaching the following season, Jackson joined the Continental Basketball Association's Albany Patroons where he would coach from 1982-1987. He led the Patroons to the 1984 CBA Championship and was named the CBA's Coach of the Year in 1985. He is the first person to win championships as a head coach in both the NBA and CBA.

Jackson lives in Playa del Rey and spends his summers in Montana. He has five grown children Ben, Charley, Brooke, Chelsea and Elizabeth. Ben, Charley, Brooke, Chelsea and Elizabeth.

---

## ASSISTANT COACHES
Jim Cleamons (Ohio State)
Frank Hamblen (Syracuse)
Kurt Rambis (Santa Clara)
Brian Shaw (UC Santa Barbara)

## ATHLETIC TRAINER
GARY VITTI (Southern Connecticut State, Utah)

## SPECIAL ASSISTANT COACHES
Kareem Abdul-Jabbar (UCLA)
Craig Hodges (Long Beach State)



# Our fingerprints are all over the world's finest automobiles.

Tires chosen by the world's premier automakers including BMW, Jaguar and Mercedes.

**DISCOUNT TIRE**

**Continental**
Tires Engineered in Germany

Log on to tires.com for a location near you.

# $40 REBATE

When you purchase any set of 4 Continental tires

Offer valid at Discount Tire/America's Tire only. Please see a sales associate for more information. Expires April 30, 2005.

# Exhibit H



**Service You Can Trust!**

# DISCOUNT TIRE
# AMERICA'S TIRE
tires.com

## THANK YOU!
*WE APPRECIATE YOUR BUSINESS!*

STORE NO. _____

SALESMAN _____

PHONE NO. _____



**FINANCING AVAILABLE**
ON APPROVED CREDIT
*See store for details*

CAO 5/10

## YOUR LOCAL STORE

**ARTESIA/CERRITOS**
18702 PIONEER BLVD..............562-865-9573

**CARSON**
20741 S AVALON BLVD...........310-324-2569

**COSTA MESA/IRVINE**
2915 S BRISTOL ST....................714-979-1155

**FOUNTAIN VALLEY**
9880 WARNER AVE...........714-964-6266
16142 HARBOR BLVD........714-775-2683

**FULLERTON**
1321 SOUTH EUCLID ST.........714-680-9510

**GARDEN GROVE**
10101 CHAPMAN AVE...........714-534-7220

**HUNTINGTON BEACH**
8281 WARNER AVE...................714-841-2787

**HUNTINGTON BEACH/SEAL BEACH**
15672 SPRINGDALE ST.........714-901-8226

**LAKE FOREST**
22765 ASPAN ST..............949-472-8840

**LONG BEACH**
7251 CARSON BLVD..........562-429-2227

**MISSION VIEJO**
24512 ALICIA PKWY................949-951-2031
28592 MARGUERITE PKWY.....949-364-9505

**RANCHO PALOS VERDES/SAN PEDRO**
29529 S WESTERN AVE..........310-519-9355

**SANTA ANA**
2705 S GRAND AVE................714-662-1959

**SIGNAL HILL/LONG BEACH**
2050 E 28TH ST........................562-981-5389

**TORRANCE**
22910 S HAWTHORNE BLVD....310-378-3237
2026 TORRANCE BLVD...........310-328-6465

**WESTMINSTER**
6872 WESTMINSTER BLVD.......714-894-1391



## REGIONAL OFFICES

**ARIZONA**
**DISCOUNT TIRE**
(602) 996-0201
5310 E Shea Blvd
Scottsdale, AZ 85254

**CALIFORNIA-SAN DIEGO**
**DISCOUNT/AMERICA'S TIRE**
(858) 391-0171
13801 Danielson St
Poway, CA 92064

**CALIFORNIA-LOS ANGELES**
**AMERICA'S TIRE**
(805) 373-5509
125 Auburn Court, Suite 110
Westlake Village, CA 91362

**CALIFORNIA-BAY AREA**
**AMERICA'S TIRE**
(916) 986-9734
75 Iron Point Rd #180
Folsom, CA 95630

**CALIFORNIA-ORANGE COUNTY**
**AMERICA'S TIRE**
(949) 639-0350
2 Rancho Circle
Lake Forest, CA 92630

**COLORADO**
**DISCOUNT TIRE**
(303) 773-8084
8000 S Chester St
Suite 250
Centennial, CO 80112

**FLORIDA**
**DISCOUNT TIRE**
(904) 642-4808
420 – 206 College Dr
Middleburg, FL 32068

**GEORGIA**
**DISCOUNT TIRE**
(678) 297-7778
12725 Morris Rd #280
Alpharetta, GA 30004

**ILLINOIS**
**DISCOUNT TIRE**
(630) 778-7171
55 Shuman Blvd #575
Naperville, IL 60563

**INDIANA/OHIO**
**DISCOUNT TIRE**
(317) 575-1819
12800 N Meridian St #125
Carmel, IN 46032

**MICHIGAN EAST**
**DISCOUNT TIRE**
(734) 769-6970
3940 Ranchero Dr #100
Ann Arbor, MI 48108

**MICHIGAN WEST**
**DISCOUNT TIRE**
(517) 655-6444
2896 N Williamston Rd #400
Williamston, MI 48895

**MINNESOTA**
**DISCOUNT TIRE**
(952) 914-9000
6026 Blue Circle Dr
Minnetonka, MN 55343

**NEW MEXICO/WEST TEXAS**
**DISCOUNT TIRE**
(505) 797-7100
8220 San Pedro Dr NE, Ste 440
Albuquerque, NM 87113

**NEVADA**
**DISCOUNT TIRE**
(702) 256-0055
8951 W Sahara Ave #100
Las Vegas, NV 89117

**NORTH/SOUTH CAROLINA**
**DISCOUNT TIRE**
(704) 896-9334
9828 Northcross Center Ct
Huntersville, NC 28078

**TENNESSEE**
**DISCOUNT TIRE**
(615) 771-0828
277 Mallory Station Rd., #118
Franklin, TN 37067

**TEXAS-DALLAS/OKLAHOMA**
**DISCOUNT TIRE**
(972) 943-8800
2301 W Plano Pkwy #202
Plano, TX 75075

**TEXAS-HOUSTON**
**DISCOUNT TIRE**
(281) 583-8591
13990 Cutten Rd
Houston, TX 77090

**TEXAS-SAN ANTONIO**
**DISCOUNT TIRE**
(210) 494-8591
300 E. Sonterra Blvd, Ste 460
San Antonio, TX 78258

**UTAH**
**DISCOUNT TIRE**
(801) 269-0348
1100 E 6600 S, Suite 320
Salt Lake City, UT 84121

**WASHINGTON/OREGON/IDAHO**
**DISCOUNT/AMERICA'S TIRE**
(425) 424-2010
11812 N Creek Parkway N.
Bothell, WA 98011

If you ever need our help, PLEASE CALL COLLECT to the nearest
regional location OR CALL OUR TOLL FREE NUMBER 1-888-774-656

# TIPS TO IMPROVE TIRE MILEAGE AND SAFETY

**ROTATE TIRES** every 6,000 to 8,000 miles or when necessary to equalize treadwear.

**REBALANCE** every other rotation to promote even tire wear and a smooth ride.

**MAINTAIN AIR PRESSURE** as recommended on your vehicle placard (usually inside door jam). Check your air pressure at least once each month when tires are cool.

**MAINTAIN FRONT & REAR ALIGNMENT** and replace worn suspension parts.

**PLEASE DO NOT USE** any "Fix-a-Flat" type products.

**INSPECT** tires regularly for excessive wear, tread or sidewall cuts, or other damage.

**REPLACE** worn-out tires when built-in wear bars appear across the tread surface.

**REMEMBER TO RETURN** to any Discount Tire/America's Tire store for a tire inspection.



## TPMS
### Tire Pressure Monitoring System

If you own a late-model vehicle, it could be equipped with TPMS. The TPMS sensors in your vehicle's tires are designed to monitor air pressure and alert you if they are significantly low. However, monthly air checks are still recommended.

Over time, TPMS components can degrade, causing inaccurate sensor operation. TPMS sensor manufacturers recommend replacing wearable components each time a tire is serviced.

*We can professionally service your TPMS. Ask any associate for details!*

---

# IMPORTANT DOCUMENTS

⇦ **IMPORTANT DOCUMENTS** ⇦



## HOME PAGE
Your portal to the best online tire and wheel site on the web.
**tires.com**



## STORE LOCATOR
We have over 750 stores across the country so it's easy to find a store near you.
**tires.com**



**OVER 750 GREAT LOCATIONS THROUGHOUT 23 STATES!**



## DISCOUNT TIRE  AMERICA'S TIRE
tires.com

# Exhibit I

**Discount Tire/America's Tire CarCareONE™ CARD**

# It's not just for tires.

- Purchase gas at over 14,000 Exxon or Mobil locations
- Accepted at over 12,000 participating CarCareONE℠ dealers nationwide
- On-line account management





# Short on Cash? We Can Help.

# FINANCING AVAILABLE!



## NO INTEREST IF PAID IN FULL WITHIN...

**6 Months** on purchases of $300–$999.⁹⁹

**9 Months** on purchases of $1000–$1499.⁹⁹

**12 Months** on purchases of $1500 or greater

With your Discount Tire/America's Tire CarCareONE™ Card, Interest will be charged to your account from the purchase date if the promotional balance, including optional charges, is not paid in full within the promotional period or if you make a late payment. Minimum Monthly Payments Required.

*Valid on purchases made on the Discount Tire/America's Tire CarCareONE credit account. Purchases ($300-$999.99) 6 months term; ($1000-$1499.99) 9 months term; or ($1500 and greater) 12 months term. On promo purchase balance, monthly payments required, but no Finance Charges will be assessed if (1) promo purchase balance paid in full in 6 months ($300-$999.99), 9 months ($1000-$1499.99), or 12 months ($1500 or greater), and (2) all minimum monthly payments on account paid when due. Otherwise, promo may be terminated and treated as a non-promo balance. Finance Charges accrued at the Purchase APR will be assessed from purchase date. Regular rates apply to non-promo balances, including optional charges. Promo purchases on existing accounts may not receive full benefit of promo terms, including reduced APR if applicable. If account is subject to Penalty APR. Payments over the minimum will be applied as required by applicable law. As of 02/16/10, variable APR: 20.69% & on all accounts in default. Penalty APR: 28.99%. Minimum Finance Charge $2.00. Subject to approval by GE Money Bank.

EXHIBIT I   PAGE 32

# Exhibit J



## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 695 Town Center Drive, Seventeenth Floor, Costa Mesa, California 92626-1924. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 13, 2010, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**FIRST AMENDED COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Craig S. Ganz, Esq.<br>Gallagher & Kennedy PA<br>2575 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016-9225 | (602) 530-8000<br>(602) 530-8500 (facsimile) |
| David L. Brandon, Esq.<br>Morris Polich & Purdy<br>1055 West Seventh Street, Ste. 2400<br>Los Angeles, CA 90017 | (213) 891-9100<br>(213) 488-1178 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 13,, 2010, at Costa Mesa, California.

_Kay Boron_
Kay Boron

PROOF OF SERVICE