1  GLENN D. DASSOFF (SB# 096809)
   glenndassoff@paulhastings.com
2  KIMBERLY I. KEPLER (SB# 220565)
   kimberlykepler@paulhastings.com
3  RAYMOND W. STOCKSTILL (SB# 275228)
   beaustockstill@paulhastings.com
4  PAUL HASTINGS LLP
   695 Town Center Drive, 17th Fl.
5  Costa Mesa, CA 92626-1924
   Telephone: (714) 668-6200
6  Facsimile: (714) 979-1921

7  ELIZABETH L. BRANN (SB# 222873)
   elizabethbrann@paulhastings.com
8  PAUL HASTINGS LLP
   4747 Executive Drive, 12th Fl.
9  San Diego, CA 92121
   Telephone: (858) 458-3000
10 Facsimile: (858) 458-3005

11 Attorneys for Plaintiff
   AKH COMPANY, INC.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16 AKH COMPANY, INC., a              Case No. SACV10-1626 CJC (JCx)
   California corporation,           (Lead Case)
17                                   [Consolidated with Case No. SACV10-
              Plaintiff,             1795 CJC (JCx)]
18                                   [Hon. Cormac J. Carney]
         vs.
19                                   **SECOND AMENDED COMPLAINT**
   THE REINALT-THOMAS               **FOR:**
20 CORPORATION d/b/a DISCOUNT       **(1) BREACH OF CONTRACT**
   TIRE, a Michigan corporation;
21 SOUTHERN CALIFORNIA             **(2) DECLARATORY RELIEF**
   DISCOUNT TIRE COMPANY,
22 INC., a California corporation; and **(3) UNFAIR COMPETITION**
   DOES 1 through 10, inclusive,    **(CAL. BUS. & PROF. CODE § 17200)**
23
              Defendants.           **(4) TRADEMARK INFRINGEMENT**
24                                   **(15 U.S.C. § 1125(A))**

25                                   **(5) COMMON LAW TRADEMARK**
                                     **INFRINGEMENT**
26
                                     **DEMAND FOR JURY TRIAL**
27
   AND CONSOLIDATED ACTION.         **ORIGINAL**
28

SECOND AMENDED COMPLAINT

## SUMMARY OF THE ACTION

1.    This action arises out of the tortious and illegal conduct of defendants The Reinalt-Thomas Corporation ("Reinalt-Thomas") and Southern California Discount Tire Company, Inc. ("SCDT") in marketing and promoting their tire and wheel products in California under a name legally attributable to plaintiff AKH Company, Inc. ("AKH").

2.    Based upon its use of the names "Discount Tire Centers," "Discount Tire Distributors," "Discount Tires" and/or "Discount Tire Stores," AKH has a protected legal interest in using said names to advertise, promote and sell tire and wheel products in California.

3.    Defendants know of AKH's use of and rights to the names "Discount Tire" and "Discount Tires."

4.    In or about 1990, AKH sued SCDT, a wholly owned subsidiary of Reinalt-Thomas, to protect AKH's rights to and use of the "Discount Tire" name.

5.    The parties settled that case by signing an agreement ("the Settlement Agreement"), whereby SCDT specifically agreed to not use the "Discount Tire" name in areas where AKH had previously operated its business and used the name. A true and correct copy of the Settlement Agreement is attached as Exhibit A and is incorporated herein by reference.

6.    At the time of settlement, AKH had operated Discount Tire Centers in California north of San Diego County (herein "AKH's business area").

7.    Nonetheless, the defendants are and have been advertising, promoting and operating under the "Discount Tire" name in AKH's business area in direct contravention of the Settlement Agreement and intellectual property law.

8.    By this Complaint, AKH seeks injunctive relief and monetary damages in an amount to be determined based on the defendants' illegal misappropriation of AKH's intellectual property and breach of the Settlement Agreement.

**PARTIES**

1
2    9.    AKH is, and at all times herein mentioned was, a corporation
3    organized under the laws of the state of California. AKH has maintained its
4    principal place of business in Anaheim, California since January 2010 and
5    previously maintained its principal place of business in Huntington Beach,
6    California.

7    10.    On information and belief, Reinalt-Thomas is, and at all times
8    mentioned herein was, a corporation organized under the laws of the state of
9    Michigan, with its principal place of business in Scottsdale, Arizona. On
10   information and belief, Reinalt-Thomas asserts it is the registered owner of the
11   trademark "Discount Tire" and controls all marketing and advertising of the
12   "Discount Tire" name, including for SCDT in the California marketplace. On
13   information and belief, Reinalt-Thomas asserts that it and its subsidiaries, by virtue
14   of licenses, have the right to use the "Discount Tire" name.

15   11.    On information and belief, SCDT is, and at all times mentioned herein
16   was, a corporation organized under the laws of the state of California, with its
17   principal place of business in California.

18   12.    AKH is ignorant of the true names and capacities of the defendants
19   sued as Does 1 through 10, inclusive. AKH sues these defendants by fictitious
20   name and will amend this Complaint to allege the true names and capacities of the
21   Doe defendants when they have been determined. Each fictitiously-named
22   defendant is responsible in some manner for the conduct alleged in this Complaint,
23   as well as the damages suffered by AKH. Reinalt-Thomas, SCDT and the Doe
24   defendants shall be collectively referred to as Defendants.

25   13.    On information and belief, each and every Defendant in this action
26   was the agent, employee, authorized representative, joint venturer and/or partner of
27   each of the other Defendants, and in engaging in the conduct alleged in this

28

1   Complaint, did so jointly and for a common purpose, within the course and scope

2   of his or her agency, employment, representation, joint venture or partnership.

3   **JURISDICTION AND VENUE**

4   14.   This action arises under the federal Trademark Act of 1946, as

5   amended (the "Lanham Act"), 15 U.S.C. §§ 1051 *et seq.*, including more

6   particularly 15 U.S.C. § 1125(a) and the California statutory and common law of

7   unfair competition and trademark infringement.

8   15.   This court has jurisdiction over the subject matter of this action

9   pursuant to 28 U.S.C. §§ 1331, 1338 and 1367, and 15 U.S.C. § 1121.

10   16.   At all relevant times, Defendants were engaged in purposeful contact

11   within the state of California involving the events and omissions giving rise to this

12   action, such that exercise of personal jurisdiction over Defendants in the Central

13   District comports with fair play and substantial justice.

14   17.   Further, Defendants were also engaged in substantial, continuous and

15   systematic contact within the Central District such that the exercise of personal

16   jurisdiction over Defendants in the Central District comports with fair play and

17   substantial justice.

18   18.   The Settlement Agreement was negotiated and executed in the Los

19   Angeles area, which is in the Central District.

20   19.   Additionally, SCDT resided and/or maintained offices in this District,

21   and SCDT and Reinalt-Thomas transacted business in this District during the

22   relevant time period.

23   20.   The actions, damages and other facts forming the basis of AKH's

24   claims occurred throughout California, including within the Central District of

25   California.

26   21.   Venue is proper in the Central District of California pursuant to 28

27   U.S.C. § 1391 in that a substantial part of the events and omissions giving rise to

28   the claim occurred in this District.

# GENERAL ALLEGATIONS

## AKH's Business and Use of the "Discount Tire" Name

22.     AKH was founded in 1976 in Downey, California by two brothers, Hratch and Andy Andonian, and has been in continuous operation since that time.

23.     AKH operates tire stores under the "Discount Tire Centers" name in California north of San Diego County.

24.     AKH has spent millions of dollars advertising its "Discount Tire Centers" name throughout its business area over the past thirty four years.

25.     In addition to its physical store locations, AKH also sells its tire and wheel products to customers online through the domain name, discounttires.com.

## Prior Litigation Between AKH and Reinalt-Thomas

26.     On or about October 9, 1990, AKH caused a trademark infringement action to be filed in the Superior Court of California for the County of Riverside, Indio Branch, against SCDT, a subsidiary of Reinalt-Thomas, for trademark infringement in California.

27.     The dispute centered over SCDT's decision to open a new store in Cathedral City, California, where AKH was already using its "Discount Tire Centers" name.

28.     On or about July 22, 1991, the parties settled that case by entering into the Settlement Agreement.

29.     By the terms of the Settlement Agreement, SCDT agreed that it would not use the "Discount Tire" name in business areas where AKH already used its "Discount Tire Centers," "Discount Tire Distributors" and/or "Discount Tire Stores" names. SCDT further agreed that it would not use its corporate identification phrase to attract any new customers in business areas where AKH had previously established its use of the "Discount Tire" name.

30.     In those areas already occupied by AKH, SCDT agreed to use the trade name or service mark "America's Tire Co."

31.     At the time of settlement, AKH had such stores in California north of San Diego County.

32.     Pursuant to the terms of the Settlement Agreement, SCDT is prohibited from using the "Discount Tire" name in "advertising, promotional or public relations materials which are designed to attract new customers" in AKH's business area.

33.     The Settlement Agreement further provides that in AKH's business area, "upon all sales receipts, customer invoices, warranty cards, or warranty contacts," SCDT may "use the corporate identification phrase 'A Division of the Discount Tire Co. Organization' provided that (1) the phrase is not used in the immediate proximity of the trade name/service mark 'America's Tire Co.'; and (2) provided that the phrase shall appear in letters not to exceed 25% of the size of the trade name or service mark 'America's Tire Co.' contained on the document."

34.     Despite this Settlement Agreement, SCDT has resumed using the "Discount Tire" name in AKH's business area.  AKH has discovered numerous examples of such use, including but not limited to the following:

a.  AKH's personnel have seen billboards in the Los Angeles area advertising the "Discount Tire" name in addition to the "America's Tire" name.

b.  Defendants are using the "Discount Tire" name on promotional and other materials, including the invoice jackets that they distribute to customers in the Los Angeles area.  A true and correct copy of an invoice jacket is attached as Exhibit B and is incorporated herein by reference.

c.  Defendants have posted marketing material in their California stores that uses both "America's Tire" and "Discount Tire" logos.  A picture of the material is attached as Exhibit C and is incorporated herein by reference.

1       d.  Defendants give their customers merchandise, including tire depth

2           gauges, that have the "Discount Tire" logo.  A picture of such a tire

3           depth gauge is attached as Exhibit D and is incorporated herein by

4           reference.

5       e.  Defendants have issued price quotations to their customers in

6           California that include rebate offers for "Discount Tire Direct."  A

7           true and correct copy of such a price quote is attached as Exhibit E

8           and is incorporated herein by reference.

9       f.  Defendants advertise their alleged "America's Tire" stores as

10          "Discount Tire" stores.  When a user of Defendants' website

11          www.discounttire.com searches for stores in the Anaheim area, an

12          area where AKH has long operated its Discount Tire Centers stores

13          and an area covered by the Settlement Agreement, the picture of the

14          store on the search result page states "Discount Tire Co."  A true and

15          correct copy of one of those pages is attached as Exhibit F and is

16          incorporated herein by reference.

17       g.  Defendants are placing advertisements for "Discount Tire" in

18          programs at Los Angeles Lakers games.  A true and correct copy of

19          such an advertisement is attached as Exhibit G and is incorporated

20          herein by reference.

21       h.  Defendants are using the "Discount Tire" name on promotional and

22          other materials, including the invoice jackets that they distribute to

23          customers in the Orange County area.  A true and correct copy of an

24          invoice jacket is attached as Exhibit H and is incorporated herein by

25          reference.

26       i.  Defendants are using the "Discount Tire" name on promotional and

27          other materials, including credit card fliers, that they distribute to

28          customers in the Orange County area.  A true and correct copy of a

credit card flier is attached as Exhibit I and is incorporated herein by reference.

j.  Defendants are using the "Discount Tire" name on the front door to their store locations in the Orange County area.  A picture of a front door is attached as Exhibit J and is incorporated herein by reference.

k.  Defendants are using the "Discount Tire" name on their business cards as the email address domain name for their employees in the Orange County area.  A true and correct copy of a business card is attached as Exhibit K and is incorporated herein by reference.

l.  Defendants are using the "Discount Tire" name on sponsored race cars, fire suits of sponsored race car drivers, banners and various other items displayed and distributed to the public at racing and other automobile-related events in the Los Angeles and Orange County areas.  Photographs from two racing events in Long Beach, California are attached as Exhibit L and are incorporated herein by reference.

m. Defendants are using the "Discount Tire" name in internet search engine sponsored listings and advertisements that are geographically targeted for AKH's business area and that include the addresses of Defendants' "America's Tire" brick and mortar retail stores in AKH's business area.  Representative screenshots of internet search engine sponsored listings and advertisements are attached as Exhibit M and are incorporated herein by reference.

n.  Defendants are running television commercials during Los Angeles-area broadcasts of Los Angeles Lakers and Los Angeles Kings games that include images of Defendants' website featuring the "Discount Tire" name.

o.  Defendants are using the "Discount Tire" name in print advertising distributed in AKH's business area.  Representative examples of print

-7-                    SECOND AMENDED COMPLAINT

1  advertising distributed in AKH's business area and containing the

2  "Discount Tire" name are attached as Exhibit N and are incorporated

3  herein by reference.

4  ## FIRST CAUSE OF ACTION

5  **(Breach of Contract against SCDT and Does 1 to 10)**

6  35.    AKH realleges and incorporates by reference the allegations contained

7  in paragraphs 1 through 34, inclusive, as though fully set forth herein.

8  36.    AKH and SCDT entered into the Settlement Agreement, a valid and

9  binding written contract whereby AKH and SCDT settled their prior disputes over

10  the use of the "Discount Tire" name and each received rights and owed obligations

11  commensurate with that contract.

12  37.    SCDT has breached the Settlement Agreement by, among other

13  things, using the "Discount Tire" name in business areas in which AKH has used

14  the name "Discount Tire" and/or the trade name and/or service mark "Discount

15  Tire Centers," "Discount Tire Distributors" and/or "Discount Tire Stores" prior to

16  SCDT's entry into the market.

17  38.    AKH has performed all conditions, covenants and promises required

18  on its part to be performed in accordance with the terms and conditions of the

19  Settlement Agreement, except those terms and conditions the performance of

20  which are excused by Defendants' breaches as alleged in this Complaint.

21  39.    As a direct and proximate result of Defendants' breaches of the

22  Settlement Agreement alleged herein, AKH has suffered actual and incidental

23  damages in an amount to be proved at trial plus interest at the maximum legal rate

24  thereon.

25  ## SECOND CAUSE OF ACTION

26  **(Declaratory Judgment against SCDT and Does 1 to 10)**

27  40.    AKH realleges and incorporates by reference the allegations set forth

28  in paragraphs 1 through 34, inclusive, as though fully set forth herein.

41.     There presently exists an actual controversy between AKH and SCDT as to whether SCDT has breached the Settlement Agreement by using the "Discount Tire" name in AKH's business area.

42.     AKH understands and believes that Defendants contend that SCDT has complied with the Settlement Agreement, despite the numerous specific examples illustrated above in paragraph 34.

43.     AKH, on the other hand, believes that pursuant to the Settlement Agreement, it has the exclusive right to use the "Discount Tire" name as it currently uses it to promote and sell AKH's tire and wheel products in its California store locations.

44.     AKH further believes that SCDT has breached the Settlement Agreement and will continue doing so in perpetuity, by among other things engaging in the types of prohibited activities illustrated above in paragraph 34.

45.     A judicial declaration is necessary and appropriate at this time under the circumstances in order that the parties may ascertain their rights and duties under the Settlement Agreement.

46.     Accordingly, AKH requests and is entitled to a judicial determination of its right and duties and those of SCDT with respect to these issues. Such a declaration is necessary and appropriate at this time due to the parties' continuing contractual disputes and their need for guidance as to their respective rights and obligations under the Settlement Agreement.

## THIRD CAUSE OF ACTION

**(Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.* against all Defendants)**

47.     AKH realleges and incorporates by reference the allegations set forth in paragraphs 1 through 34, inclusive, as though fully set forth herein.

48.     As set forth fully above, Defendants have violated and continue to violate Section 17200 *et seq.* of the California Business and Professions Code (the

1 "Unfair Practices Act"). The Unfair Practices Act provides that unfair competition

2 shall mean and include any "unlawful, unfair or fraudulent act or practice."

3   49. Defendants, by their conduct referenced above, have engaged in

4 unlawful conduct which constitutes unfair competition. These practices include,

5 but are not limited to, using the "Discount Tire" name in business areas in which

6 AKH has used the name "Discount Tire" and/or the trade name and/or service

7 mark "Discount Tire Centers," "Discount Tire Distributors" and/or "Discount Tire

8 Stores"; and using the "Discount Tire" name in advertising, promotional or public

9 relations materials which are designed to attract new customers.

10   50. By virtue of these acts and omissions, Defendants have engaged in

11 unfair competition within the meaning of California Business and Professions

12 Code Section 17200 *et seq.*, thereby entitling AKH to injunctive and restitutionary

13 relief as provided by the California Business and Professions Code Section 17203.

14   51. The wrongful misappropriation and use of AKH's "Discount Tire"

15 name, reputation and brand by Defendants, unless enjoined by this Court, will

16 cause immediate and irreparable harm to AKH. Defendants will continue to be

17 able to use AKH's name to unfairly compete with AKH and will be able to

18 confuse, mislead and deceive AKH's customers into believing that they are buying

19 their tire and wheel products from AKH, when in fact they are buying such

20 products from Defendants.

21   52. Defendants' misappropriation and deception have caused and will

22 continue to cause AKH's customers and potential customers to purchase goods and

23 services from Defendants rather than AKH.

24   53. AKH is informed and believes, and on that basis alleges, that

25 Defendants are continuing to advertise to, promote their products and solicit

26 customers under the "Discount Tire" name with the intent that AKH's customers

27 will terminate their association with AKH or never form such an association to

28

1   begin with, thereby causing damage to AKH.  But for the wrongful acts of

2   Defendants, Defendants would not have the opportunity to so compete.

3       54.   AKH has no adequate remedy at law to compel Defendants to cease

4   their wrongful acts as alleged herein.  Unless the Court grants an injunction, AKH

5   will be compelled to prosecute a multiplicity of actions, one each time Defendants

6   unfairly compete by wrongfully misleading, deceiving, soliciting, diverting or

7   otherwise interfering with AKH's customers or AKH's goodwill and advantageous

8   business relationships in AKH's business area.  AKH's damages are irreparable

9   because it would be extremely difficult to ascertain the amount of compensation

10   which will afford AKH adequate relief if Defendants are not enjoined at this time.

11   **FOURTH CAUSE OF ACTION**

12   **(Trademark Infringement against all Defendants under 15 U.S.C. § 1125(a))**

13       55.   AKH realleges and incorporates by reference the allegations set forth

14   in paragraphs 1 through 34, inclusive, as though fully set forth herein.

15       56.   As set forth fully above, Defendants have violated and continue to

16   violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), in that they have

17   "use[d] in commerce any word, term, name, symbol, or device, or any combination

18   thereof … which—(A) is likely to cause confusion, or to cause mistake, or to

19   deceive as to the affiliation, connection, or association of such person with another

20   person, or as to the origin, sponsorship, or approval of his or her goods, services, or

21   commercial activities by another person."

22       57.   The "Discount Tire" and "Discount Tire Centers" names are valid,

23   legally protected trademarks and at all times relevant hereto, AKH has owned and

24   used those trademarks in its business areas.

25       58.   Defendants have misappropriated and used AKH's trademark without

26   AKH's consent, in commerce, including but not limited to, by using the "Discount

27   Tire" name as described in paragraph 34 above.

28

-11-      SECOND AMENDED COMPLAINT

1    59.    AKH is informed and believes, and on that basis alleges, that

2   Defendants intended to misappropriate AKH's protected marks. Defendants have,

3   at all relevant times, known that AKH's trademarks, including the "Discount Tire"

4   and "Discount Tire Centers" names, were valid, legally protected trademarks

5   owned by AKH. SCDT was aware of this, in part, because it entered into the

6   Settlement Agreement. Other Defendants were aware of this, in part, because the

7   person who executed the Settlement Agreement on SCDT's behalf, Bruce Halle, is

8   also an officer for said Defendants.

9    60.    Defendants have nonetheless knowingly and willfully used those

10  trademarks in interstate commerce to promote Defendants' tire and wheel products,

11  deprive AKH of customers and profits, create confusion among consumers and

12  dilute AKH's brand, reputation and goodwill.

13   61.    Defendants' efforts to deprive AKH of customers and profits, create

14  confusion among consumers, and dilute AKH's brand reputation and goodwill

15  have been successful. These efforts by Defendants have caused and continue to

16  cause significant monetary and nonmonetary damages to AKH.

17   62.    Defendants' wrongful conduct in misappropriating AKH's

18  trademarks, unless and until enjoined and restrained by order of this Court, will

19  cause great and irreparable injury to AKH's business.

20   63.    AKH has no adequate remedy at law for the injuries currently being

21  suffered and which are threatened in that Defendants will continue to

22  misappropriate and use the trademarks and render any judgment ineffectual. AKH

23  also has no adequate remedy at law because pecuniary compensation will not

24  afford adequate relief to AKH and because it will be extremely difficult to

25  ascertain the amount of compensation that would afford such relief. Therefore,

26  AKH is entitled to injunctive relief as provided by 15 U.S.C. § 1116(a).

27                    **FIFTH CAUSE OF ACTION**

28       **(Common Law Trademark Infringement against all Defendants)**

64.   AKH realleges and incorporates by reference the allegations set forth in paragraphs 1 through 34, inclusive, as though fully set forth herein.

65.   As set forth fully above, Defendants have been, and are, engaged in infringing conduct in violation of AKH's common law rights in the "Discount Tire" and "Discount Tire Centers" marks.

66.   Defendants' acts complained of herein have damaged and will continue to damage AKH irreparably.  AKH has no adequate remedy at law for these wrongs and injuries.  The damages to AKH include harm to its goodwill and reputation in the marketplace that money cannot compensate.

67.   AKH is, therefore, entitled to a preliminary and permanent injunction restraining and enjoining Defendants and their agents, servants, and employees, and all persons acting thereunder, in concert with, or on behalf of, from using the "Discount Tire" and "Discount Tire Centers" marks, or any colorable imitation or variation thereof, in connection with the promotion, advertising, and sale of goods or services in AKH's business area.

68.   AKH seeks compensatory damages in the amount that will compensate it for all detriment caused by Defendants.

69.   As an actual and proximate result of Defendants' actions, AKH has suffered damages in the form of lost profits.  AKH is further entitled to recover its damages, an accounting for profits made by Defendants on sales in AKH's business areas, and restitution and the disgorgement of Defendants' ill-gotten gains, as well as recovery of costs of this action.

70.   AKH is informed and believes and thereon alleges, in doing the things herein alleged, Defendants' unlawful actions were in bad faith, in conscious disregard of AKH's rights and performed with the intention of depriving AKH of its rights.  Accordingly, Defendants' conduct merits, and AKH seeks, an award of punitive damages in an amount sufficient to punish Defendants and deter such conduct in the future.

**PRAYER FOR RELIEF**

WHEREFORE, AKH prays for judgment as follows:

1.     For an award of damages according to proof at trial;

2.     For interest at the maximum legal rate thereon;

3.     For a declaration that Defendants are not entitled to use the "Discount Tire" name in AKH's business area.

4.     For restitution and disgorgement of the amounts by which Defendants benefitted, directly or indirectly, from the acts alleged herein according to proof, including but not limited to Defendants' revenue;

5.     For the issuance of a permanent injunction enjoining Defendants, their agents and representatives, and all persons in concert or participating with them from using or infringing any of AKH's trademarks, including but not limited to the "Discount Tire" name in AKH's business area.

6.     For punitive damages in an amount sufficient to punish Defendants and to deter others;

7.     For reasonable attorneys' fees according to proof;

8.     For costs of suit incurred herein; and

9.     For such other and further relief as the Court may deem proper and just.

DATED: June 14, 2012          PAUL HASTINGS LLP
                              GLENN D. DASSOFF
                              ELIZABETH L. BRANN
                              KIMBERLY I. KEPLER
                              RAYMOND M. STOCKSTILL


                              By:/s/  Glenn D. Dassoff
                                      GLENN D. DASSOFF

                              Attorneys for Plaintiff
                              AKH Company, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff AKH Company, Inc., a California corporation, hereby requests a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: June 14, 2012      PAUL HASTINGS LLP
GLENN D. DASSOFF
ELIZABETH L. BRANN
KIMBERLY I. KEPLER
RAYMOND W. STOCKSTILL


By: /s/ Glenn D. Dassoff
                   GLENN D. DASSOFF

Attorneys for Plaintiff
AKH Company, Inc.

SECOND AMENDED COMPLAINT

# EXHIBIT A

## SETTLEMENT AGREEMENT

This Agreement is made and entered into this ___ day of
_____, 1991 by and between AKH COMPANY, INC. and DISCOUNT
TIRE COMPANY, INC., California corporations, doing business as
Discount Tire Centers, Discount Tire Distributors, Discount Tire
Stores, and Evans Tires, (the Plaintiffs hereinafter referred to as
AKH); and Southern California Discount Tire Company, Inc., a
California corporation, (the Defendants/Cross-Complainants
hereinafter S.C.D.T.).

### Recitals

A.    The AKH parties are California corporations that have
operated wholesale and retail tire distribution outlets and
automotive service centers in portions of California, Arizona,
Oregon and Washington under the names "Discount Tire Centers",
"Discount Tire Distributors", "Discount Tire Stores" and "Evans
Tire Stores".

B.    S.C.D.T. is a California corporation, which is a wholly
owned subsidiary of the Reinalt-Thomas Corporation which is engaged
in the retail sales of automobile and truck tires in some seventeen
states across the United States including, but not limited to, the
states of California, Nevada, Arizona, New Mexico, Utah, Oregon,
and Washington under the trade name and service mark "Discount Tire
Co., Inc.

C.    On or about the 9th day of October, 1990, AKH caused a
trademark infringement action to be filed in the Superior Court of
California for the County of Riverside, Indio Branch, against

EXHIBIT A    PAGE 15

S.C.D.T. alleging state trademark infringement, unfair competition and trademark dilution concerning advertising for a future site S.C.D.T. intended to open in Cathedral City, California.

D.   On or about November 26, 1990, S.C.D.T. filed a cross claim for declaratory relief and cancellation of the AKH state trademark registration as well as damages.

E.   The parties have determined that it is in their best interest to resolve their differences through the settlement of this matter and hereby agree to a resolution of the above-entitled action as follows:

### I.

S.C.D.T. has adopted in Riverside County, California the trade name and service mark "America's Tire Co.".

### II.

S.C.D.T. agrees that in all business areas in which AKH has used the trade name, service mark "Discount Tire Centers", "Discount Tire Distributors", and/or "Discount Tire Stores" prior to S.C.D.T.'s entry into the market, S.C.D.T. will use the trade name/service mark "America's Tire Co.".

### III.

In such instances, upon all sales receipts, customer invoices, warranty cards, or warranty contacts, S.C.D.T. may, however, use the corporate identification phrase "A Division of the Discount Tire Co. Organization" provided that (1) the phrase is not used in the immediate proximity of the trade name/service mark "America's Tire Co."; and (2) provided that the phrase shall appear

2

in letters not to exceed 25% of the size of the trade name or
service mark "America's Tire Co." contained on the document.

IV.

AKH agrees that in all areas where the S.C.D.T., its
parent Reinalt-Thomas Corp., and any subsidiary or affiliated
company, have used the trade name/service mark "Discount Tire Co."
prior to AKH's entry into the market, they will use the name "Evans
Tire" or such other name as AKH may herein adopt provided that such
trade name or service mark does not contain the words "Discount,
Tire or America's" and is not substantially similar to S.C.D.T.'s
marks "Discount Tire Co." and/or "America's Tire Co." and is not
likely to be confused with the S.C.D.T. and Reinalt-Thomas marks.

V.

On all sales receipts, customer invoices, warranty cards,
or warranty contacts, AKH may use the corporate identification
phrase "A member of the Discount Tire Centers Company" provided
that (1) the phrase is not used in the immediate proximity of their
trade name/service mark; and (2) provided that it shall appear in
letters not to exceed 25% of the size of the largest letters
contained on the document indicating that it is provided by AKH.

VI.

The parties agree that their use of their corporate
identification phrases in areas in which the other party has
previously established a common law use of the name "Discount Tire"
or which is covered by a federal registration will be restricted to
use on sales receipts, warranty cards, warranty contracts, and

3

other materials provided directly to customers who have purchased
their products and shall not be used in advertising, promotional,
or public relations materials which are designed to attract new
customers.

### VII.

The parties further agree that upon the execution of this
Agreement the parties will enter into a stipulation dismissing and
discharging the Complaint and Cross-Complaint, in Case No. 62482
filed in Superior Court of the State of California, County of
Riverside, Indio Branch, and exonerating the bond posted by AKH,
However, the parties acknowledge and agree that the Court shall
retain jurisdiction over the parties, and shall be empowered and
authorized by the parties to enforce the terms of this Settlement
Agreement.

### VIII.

Each party hereby releases, waives, discharges and
forgives any claim, known or unknown, which they may have against
the other, arising out of the facts or circumstances that form the
basis of this action and hereby, forever, quit, discharge, forgive,
and release, any claim, right, privilege, or indebtedness which
they many have against the other.

### IX.

Each party to this action shall bear its own costs and
attorneys fees.

4

X.

For purpose of construction, neither party shall be deemed to be the drafting party.

XI.

In any action or controversy between the parties arising from the subject matter of this Agreement, the prevailing party shall be entitled to its reasonable attorneys fees.

XII.

All notices, waivers, requests, demands and other communications which are required or may be given under this Agreement shall be in writing and shall be deemed to have been given if delivered personally or sent by certified mail, return receipt requested, postage pre-paid, and addressed as follows:

```
AKH:            Leon Alexander, Esq.
                AKH COMPANY, INC.
                222 South Harbor Boulevard
                10th Floor
                Anaheim, California 92805

S.G.D.T.:       Mark G. Tratos, Esq.
                QUIRK, TRATOS & ROETHEL
                550 East Charleston Boulevard
                Suite D
                Las Vegas, Nevada 89104
```

XIII.

This Agreement shall not be amended or altered except in writing executed by both parties.

XIV.

If any provisions of this Agreement shall be construed to be illegal or invalid, it shall not affect the legality or validity of any of the other provision hereof and the illegal or invalid

5

provision shall be stricken and deleted here from but the other

provisions hereof shall remain in full force and effect.

XV.

The terms, covenants, promises, and provisions of this

Agreement shall inure to the benefit of the parties, their

successors, heirs, beneficiaries, assigns, and other legal

representatives.

AKH PARTIES                          S.C.D.T. PARTIES

BY: _____        BY: _____

DATED: _____        DATED: July 22, 1991

BY: _____        BY: _____
LEON ALEXANDER, Attorney for         MARK G. TRATOS, Attorney for
Plaintiffs/Cross-Defendants          Defendants/Cross-Complainants
AKH                                  S.C.D.T.

DATED: _____        DATED: _____

6

# EXHIBIT B

# DISCOUNT TIRE

## AMERICA'S TIRE

tires.com

## THANK YOU!
### WE APPRECIATE YOUR BUSINESS!



SERVICE YOU CAN TRUST
www.dtcexperience.com



**FINANCING AVAILABLE**
ON APPROVED CREDIT
See store for details

STORE#_____

SALESMAN_____

PHONE#_____

## YOUR LOCAL STORES

**BAKERSFIELD**
8780 ROSEDALE HWY.........661-587-9770
6561 WHITE LANE STE A.....661-832-0000
4940 GOSFORD RD...........661-665-7904

**CAMARILLO**
323 CARMEN DR.,...........805-484-3336

**CANOGA PARK**
6515 TOPANGA CANYON BLVD. 818-999-5303

**CHINO**
11925 CENTRAL AVE.........909-591-4601

**CHINO HILLS**
13141 PEYTON DR...........909-548-6707

**CITY OF INDUSTRY**
1562 S AZUSA AVE..........626-934-9924

**COLTON**
2099 E WASHINGTON ST...909-430-0310

**GLENDALE**
1327 S GLENDALE AVE......818-507-6049

**GLENDORA**
705 S GRAND AVE...........626-335-2883

**HESPERIA**
15790 MAIN ST.............760-244-8881

**LANCASTER**
44616 VALLEY CENTRAL WAY..661-940-0042

**MONTCLAIR**
8995 CENTRAL AVE..........909-621-7847

**NORCO**
1443 HAMNER AVE..........951-272-9980

**NORTH HOLLYWOOD**
6137 LANKERSHIM BLVD.....818-760-7716

**NORTHRIDGE**
10235 BALBOA BLVD.........818-831-5802

**ONTARIO**
4583 MILLS CIRCLE DR......909-484-0361

**OXNARD**
2320 N VINEYARD...........805-983-4506

**PASADENA**
1917 E COLORADO BLVD.....626-584-6770

**RIVERSIDE**
10350 MAGNOLIA AVE.......951-785-6556
3553 MERRILL AVE..........951-683-0570

**SANTA CLARITA**
26475 BOUQUET CANYON RD. 661-263-1091

**SANTA MARIA**
1226 S BROADWAY.........*COMING SOON!*

**SIMI VALLEY**
2383 FIRST ST.............805-579-7921

**THOUSAND OAKS**
399 E THOUSAND OAKS BLVD.. 805-418-9915

**UPLAND**
1099 E FOOTHILL BLVD.......909-946-4004

**VENTURA**
4640 TELEPHONE RD.........805-639-0166

**VICTORVILLE**
12287 MARIPOSA RD........760-241-3323
15669 ROY ROGERS DR......760-955-1570

**WHITTIER**
8831 PAINTER AVE..........562-698-0702

## REGIONAL OFFICES

**ARIZONA**
DISCOUNT TIRE
(602) 996-0201
5310 E Shea Blvd
Scottsdale, AZ 85254

**CALIFORNIA–SAN DIEGO**
DISCOUNT/AMERICA'S TIRE
(858) 578-9310
10680 Treena St #170
San Diego, CA 92131

**CALIFORNIA–LOS ANGELES**
AMERICA'S TIRE
(805) 373-5509
125 Auburn Court, Suite 110
Westlake Village, CA 91362

**CALIFORNIA–BAY AREA**
AMERICA'S TIRE
(916) 985-7466
1150 Iron Point Rd #125
Folsom, CA 95630

**CALIFORNIA–ORANGE COUNTY**
AMERICA'S TIRE
(949) 639-0050
2 Rancho Circle
Lake Forest, CA 92630

**COLORADO**
DISCOUNT TIRE
(303) 773-8084
8000 S Chester St
Suite 200
Centennial, CO 80112

**FLORIDA**
DISCOUNT TIRE
(904) 642-4808
5011 Gate Parkway
Bldg. 100, Suite 100
Jacksonville, FL 32256

**GEORGIA**
DISCOUNT TIRE
(678) 297-7778
12725 Morris Rd #280
Alpharetta, GA 30004

**ILLINOIS**
DISCOUNT TIRE
(630) 778-7171
55 Shuman Blvd #575
Naperville, IL 60563

**INDIANA/OHIO**
DISCOUNT TIRE
(317) 575-1819
12800 N Meridian St #125
Carmel, IN 46032

**MICHIGAN EAST**
DISCOUNT TIRE
(734) 769-6870
3940 Ranchero Dr #100
Ann Arbor, MI 48108

**MICHIGAN WEST**
DISCOUNT TIRE
(517) 655-6444
0896 N Williamston Rd #400
Williamston, MI 48895

**MINNESOTA**
DISCOUNT TIRE
(952) 914-9000
8000 W 78th St #110
Edina, MN 55439

**NEW MEXICO/WEST TEXAS**
DISCOUNT TIRE
(505) 797-7100
8100 Lang Ave NE # 201
Albuquerque, NM 87109

**NEVADA**
DISCOUNT TIRE
(702) 256-0055
8951 W Sahara Ave #100
Las Vegas, NV 89117

**NORTH/SOUTH CAROLINA**
DISCOUNT TIRE
(704) 549-1711
10815 David Taylor Dr #140
Charlotte, NC 28262

**TENNESSEE**
DISCOUNT TIRE
(615) 771-0828
277 Mallory Station Rd, #118
Franklin, TN 37067

**TEXAS–DALLAS/OKLAHOMA**
DISCOUNT TIRE
(972) 943-8000
2301 W Plano Pkwy #202
Plano, TX 75075

**TEXAS–HOUSTON**
DISCOUNT TIRE
(281) 583-8591
14550 Torrey Chase Blvd #600
Houston, TX 77014

**TEXAS–SAN ANTONIO**
DISCOUNT TIRE
(210) 494-8591
300 E. Sonterra Blvd, Ste 460
San Antonio, TX 78258

**UTAH**
DISCOUNT TIRE
(801) 269-0348
1100 E 6600 S, Suite 320
Salt Lake City, UT 84121

**WASHINGTON/OREGON**
DISCOUNT/AMERICA'S TIRE
(425) 424-0100
11812 N Creek Parkway N, #101
Bothell, WA 98011

If you ever need our help, PLEASE CALL COLLECT to the nearest
regional location OR CALL OUR TOLL FREE NUMBER 1-800-774-6560

AKH000838

EXHIBIT B   PAGE 21